■ In the Matter of MOLLY PATRICK et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and CHARLES BERKMAN, Appellant.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of JOHN J. SANTUCCI, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York; and FRANK KENNA, as County Chairman of the Republican Party in and for the County of Queens, Respondents, and ALFRED D. LERNER, Individually and as a Candidate for the Public Office of Member of Assembly, Eleventh Assembly District, County of Queens, et al., Respondents.— Appeal from order denying application to invalidate the Liberal party petition purporting to nominate a candidate for the office of Member of Assembly, 11th Assembly District, Queens County, and, *inter alia*, to declare that the Liberal party of Queens County is not legally constituted within said county. Order affirmed. (See *Matter of Licitra* v. *Power* [*Mosberg*]; *Matter of Kunzeman* v. *Power* [*Bronston*], 10 A D 2d 996.) In any event, the candidate challenged was duly nominated by petitions signed by enrolled members of the Liberal party. Motion for leave to appeal to the Court of Appeals granted. Beldock, Acting P. J., Ughetta, Pette and Brennan, JJ., concur; Kleinfeld, J., not voting.

■ In the Matter of JOHN T. CLARKIN et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and MATTHEW J. TROY, JR., et al., Respondents. In the Matter of JOHN T. CLARKIN et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and PHILIP C. TITOLO et al., Respondents.— Orders affirmed, without costs. No opinion. Motions for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of WILLIAM G. GIACCIO et al., Respondents, against DANTE R. CAPPA et al., Appellants, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur.